# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVEON KYREE HAYES,
                          Appellant,
                    vs.
THE STATE OF NEVADA,
                          Respondent.

No. 83718

**FILED**

NOV 2 4 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal "from an order dismissing appeal, pertaining to Supreme Court Case No. 83421, stemming from District Court Case No. A819719; C320174/Case No. A 20-819719-W." This court's review of this appeal reveals a jurisdictional defect. Specifically, no statute or court rule provides for an appeal from this court's order dismissing the appeal in Docket No. 83421. *See Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (explaining that this court has jurisdiction only when statute or court rule provides for an appeal). To the extent that appellant's appeal is in regard to the findings of fact, conclusions of law, and order entered on October 8, 2020, the notice of appeal was untimely filed. *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994) (stating that an untimely notice of appeal fails to vest jurisdiction in this court). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

21-33766

cc:    Chief Judge, Eighth Judicial District Court
Eighth Judicial District Court, Department 3
Daveon Kyree Hayes
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A